Opinion
issued May 30, 2012.




 
 
 
 
 




 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10B00407BCV

 



 

ROY ALLEN MILLER.,
Appellant

 

V.

 

BRANTLEY TRUCKING,
Appellee

 



 

On Appeal from the 334th
District Court

Harris County, Texas

Trial Court Cause No. 2009-59282

 



 

MEMORANDUM
OPINION








Appellant, Roy Allen Miller, has failed to
timely file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

The appeal is dismissed for want of
prosecution for failure to timely file a brief. 


We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Higley, Sharp, and Huddle.